

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2018

No. 04-18-00547-CR

Desere Devine **DAVILA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 569002
Honorable Jason Garrahan, Judge Presiding

## O R D E R

   Appellant's brief was due September 21, 2018. When the brief was not filed, this court notified appellant by letter dated September 25, 2018. *See* Tex. R. App. P. 38.8. In response, appellant filed a motion for extension of time, asking for an additional thirty days from the original due date in which to file the brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file appellant's brief in this court **on or before October 22, 2018**.

   We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court